# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy S House, | No. CV-25-00146-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Elon Musk, | |
| Defendant. | |

    On March 28, 2025, Plaintiff initiated this action by filing a pro se Complaint (Doc. 1) and an Application to Proceed in Forma Pauperis (Doc. 2). Plaintiff later paid the filing fee in full (Doc. 5), and the Court accordingly denied as moot his Application to Proceed in Forma Pauperis (Doc. 6). In the Order denying the Application to Proceed in Forma Pauperis, the Court warned Plaintiff that he is responsible for serving the Summons and Complaint according to the procedures and time limits set forth in Rule 4 of the Federal Rules of Civil Procedure, and that failure to timely serve the Summons and Complaint could result in the dismissal of this case. (Doc. 6.)

    On August 7, 2025, the Court ordered Plaintiff to show cause why the above-captioned matter should not be dismissed for failure to effect service of process. (Doc. 7.) In the Order to Show Cause, the Court warned Plaintiff that if he did not show good cause for an extension of the time limit for service under Rule 4(m) of the Federal Rules of Civil Procedure, this action would be dismissed. (*Id.*)

    Plaintiff responded to the Order to Show Cause on August 14, 2025. (Doc. 8.) In

his Response, Plaintiff states that he has had difficulty securing legal representation in this matter, and that he has evidence on his phone that he is trying to get submitted to the Court. (*Id.*)  Plaintiff does not describe any efforts he has made to serve the Summons and Complaint in this matter, nor does he explain why any such efforts were unsuccessful. Although the Court is sympathetic to Plaintiff's pro se status, Plaintiff has failed, despite multiple warnings, to complete service of process, and he has further failed to establish good cause for an extension of the time limit for service under Rule 4(m).  Accordingly, the Court will dismiss this action without prejudice for failure to timely complete service of process.

**IT IS ORDERED** that the above-captioned matter is **dismissed without prejudice** for failure to timely complete service of process.  The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 19th day of August, 2025.

_____
Honorable Rosemary Márquez
United States District Judge